

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00065-CV

_____

IN THE INTEREST OF S.O., A CHILD

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-701090-21

Before Kerr, Bassel, and Womack, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Appellant M.O. (Father) filed a timely notice of appeal from the trial court's February 7, 2023 "Order Terminating Parental Rights" in the termination-and-adoption suit filed by Father's child's mother and her spouse. The trial court subsequently granted Father's motion to vacate the termination order on April 26, 2023, while it still had plenary power over the case. *See* Tex. R. Civ. P. 329b(e).

On May 3, 2023, we informed Father that it appeared that the trial court's granting of his motion to vacate rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before May 10, 2023, he filed a response stating grounds for continuing the appeal. We have received no response. Accordingly, on our own motion, we dismiss this appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Even if this appeal is not moot, Father has failed to prosecute it. In our May 3, 2023 letter, we also notified Father that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, on or before May 10, 2023, Father filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Father has failed to file a brief even after we afforded an opportunity to explain the initial failure, we alternatively dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  May 25, 2023